**RECEIVED**

JUN 1 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**RECEIVED**

JUL 2 3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **HENRY BYRD** | **CIVIL ACTION NO. 07-0029** |
| VS. | **SECTION P** |
| | **JUDGE DOHERTY** |
| **L.C.S. CORRECTIONS SERVICES, INC., ET AL.** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

For the reasons contained in the Report and Recommendation and Supplemental Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** plaintiff's civil rights complaint [doc. 1-1 and doc. 1-4] and his Supplement to Civil Rights Complaint [doc. 18] be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §§1915 and 1915A; and,

**IT IS FURTHER ORDERED THAT** plaintiff's Notice of Removal [doc. 1-5] and Petition for Removal [doc. 1-6] be **DENIED**; and,

**IT IS FURTHER ORDERED THAT** plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction [doc. 3] be **DENIED**; and,

**IT IS FURTHER ORDERED THAT** plaintiff's Motion to Stay Proceedings Pursuant to the All Writs Act [doc. 4] be **DENIED**; and,

**IT IS FURTHER ORDERED THAT** plaintiff's Motion to File All Pleadings Pursuant to the Federal Mailbox Rule [doc. 5] be **DENIED**; and,

**IT IS FURTHER ORDERED THAT** plaintiff's Motion for Appointment of Counsel [doc. 6] be **DENIED**.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 23 day of July, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE