RECEIVED
OCT 1 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| HENRY BYRD | CIVIL ACTION NO. 07-0029 |
| VS. | SECTION P |
| LCS CORRECTIONS SERVICES, ET AL. | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's Application for Temporary Restraining Order / Preliminary Injunction or In the Alternative Motion to Appoint Counsel [doc. 25] be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _18_ day of _October_, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE